| | |
|---|---|
| In Re: | : |
| | : |
| BRAD BECK | :CHAPTER 13 |
| xxx-xx-9840 | : |
| | : |
| LEANN M. BECK | : |
| xxx-xx-7786 | : |
|         Debtor. | :CASE NO. 19-04172-HWV |
| _____ | : |
| | : |
| U.S. Bank National Association, not in its | : |
| individual capacity but solely as trustee for | : |
| the RMAC Trust, Series 2016-CTT | :Hearing Date:  November 30, 2021 @ 9:30 .m. |
| | : |
|         Movant, | : |
| v. | : |
| | : |
| BRAD BECK | : |
| LEANN M. BECK | : |
|         Debtors, | : |
| And | : |
| | : |
| JACK ZAHAROPOULOS, ESQUIRE | : |
|         Trustee, | : |
| | : |
|         Respondents. | : |
| | : |
| _____ | : |

## STIPULATION RESOLVING MOTION AND GRANTING STAY RELIEF

THIS matter being opened to the Court by Emmanuel J. Argentieri of the law office of Romano Garubo & Argentieri, counsel for the secured creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, (hereinafter "Movant"), upon the filing of a motion for relief from stay as to real property, more commonly known as 67 PINE STREET, DILLSBURG, PA 17019, and

Debtors having filed an answer to the motion through their counsel, John M. Hyams, Esquire of the Law Office of John M. Hyams, and it appearing that the parties have amicably resolved their differences and for good cause shown;  It is hereby Ordered:

1.      Movant is hereby granted relief from the automatic stay as to the mortgaged property herein, effective December 31, 2021.

*The undersigned hereby consent to the form and entry of the within order.*

/s/Emmanuel J. Argentieri
Emmanuel J. Argentieri, Esquire
Attorney for Movant                     Date:  11/29/2021

/S/John M. Hyams
John M. Hyams, Esquire
Attorney for Debtors                    Date:  11/29/2021

_____

On behalf of Jack Zaharopoulos        Date:   12/9/21
Chapter 13 Trustee